UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ANDRES RAMIREZ; RICKY HERNANDEZ
AND ALL THOSE WHOM ARE SIMILARLY
SITUATED AT THE PINCKNEYVILLE
CORRECTIONAL CENTER.

        Plaintiff's,

-vs-

J.B. PRITZKER GOVERNOR; DIRECTOR
OF THE ILLINOIS DEPARTMENT OF
CORRECTIONS, AND DAVID MITCHELL
WARDEN OF THE PINCKNEYVILLE
CORRECTIONAL CENTER.

        Defendant's,

Case No: 23-1851-DWD

Scanned at Pinckneyville CC and e-mailed
5/31/23 by CB  4 pages

PRISONER RELEASE ORDER
PURSUANT TO TITLE 18 U.S.C. §3626(a)(3)(E)(i)(ii)

.I. JURISDICTION

Plaintiff's:   Andres Ramirez; ricky Hernandez, and all those whom are similarly situated at the Pinckneyville Correctional Center.

Address:   5835 State Route 154
Pinckneyville, Illinois 62274

Defendant:   J.B. Pritzker
Governor of the State of Illinois

Address:   410 E. Jackson Street
Springfield, Illinois 62701

Defendant:   Director of the Illinois Department of Corrections

-1-

Address:      1301 Concordia Court
              Springfield, Illinois 62794


Defendant:    David Mitchell
              Warden of the Pinckneyville Correctional Center

Address:      5835 State Route 154
              Pinckneyville, Illinois 62274


## .II. PREVIOUS LAWSUITS:

The plaintiff's have not filed any lawsuits in Federal or State Court, nor have they presented this issues contained within this complaint to any other court in the State of Illinois.

## .III. GRIEVANCE PROCEDURE:

The plaintiff's have been informed by the Office of the Illinois Attorney General that; they do not have a Constitutional right to the grievance process.

## .IV. STATEMENT OF CLAIM:

Plaintiff's Andres Ramirez; Ricky Hernandez, and all those whom are similarly situated at the Pinckneyville Correctional Center, are seeking a **Prisoner Release Order**; pursuant to Title 18 U.S.C. §3626(a)(3)(E)(i)(ii), whereas the above named defendant's are unable to provide the plaintiff's with the Basic Human Needs as required by the Eighth(8th) Amendment of the United States Constitution. Causing the plaintiff's to be subjected to the following unconstitutional living conditions that is diminishing their health, and causing mental disorder.

That in conjunction with the fact that this facility has been deliberately denying the plaintiff's any kind of adequate medical treatment; just to cut costs, that shall be fully demonstrated through discovery, showing the number of people being taken out on medical emergencies and that have passed away, the plaintiff's are also being subjected to unconstitutional living conditions. Just in the past month, the plaintiff's have only been provided yard four(4) times and have been repeatedly placed on lock·downs for staff shortage. The plaintiff's have little to no access to the facilities dining room that; has caused them to consume cold food thus causing more medical issues that go untreated. That this is the only facility that has no weights to releave stress and mental isues, poor ventalation system, and no cleaning supplies are being provided to the plaintiff's that has caused a bug infestation.

The combination of no exercise; poor diet; no weights; poor ventalation system, and no adequate medical treatment, in essentially the death sentence at a very slow rate.

The plaintiff's argue that no other relief will remedy the above violations. See <u>Brown v. Plata</u>, 131 S.Ct. 1910, 1947 (2011), and that a future threat to the plaintiff's health is very clear; thus showing that the above violations are very serious.

.RELIEF REQUESTED:

Plaintiff's requesting that this Honorable Court Injoin the defendant's from further subjecting them to unconstitutional conditions in their confinement at the Pincknyville Correctional Center according to the U.S. Cons Eighth(8th)

Amendment of the United States Constitution, then this Honorable Court should issue a Prisoner release Order, pursuant to Title 18 U.S.C. §3626 (a)(3)(E)(i)(ii), as the plaintiff's will be subjected to diminishing health and mental disorder.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge; information, and belief that; this complaint is in full compliance with Rule 11(a) & 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Dated This: May 30 ,2023.

Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, Illinois 62274

_Andrew Ramirez_
Plaintiff

Andres Ramirez
Printed Name

B31389
Prisoners Register Number

_Ricky Hernandez_
Plaintiff

RICKY HERNANDEZ
Printed Name

N-30467
Prisoners Register Number



Scanned at Pinckneyville CC and e-mailed
5/31/23 by CB  7 pages

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner_esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: _Andres Ramirez_

ID Number: _B31389_

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   **Yes** or No

   If this is a habeas case, please circle the related statute.   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: _7_

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Prisoner Release Order Pursuant to Title 18 USC §3626 (a)(3)(E)(i)(ii) | 4 |
| Motion and Affidavit to Proceed in District Court without Prepaying Fees or Costs | 3 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.