IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRES RAMIREZ, ET AL,             ) | |
|                                      Plaintiffs, ) | |
| vs.                                                        ) | Case No. 3:23-cv-1851-DWD |
| J B PRITZKER, ET AL,                    ) | |
|                                      Defendants. ) | |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on September 20, 2023 (Doc. 14), this matter is **DISMISSED** for Plaintiff's failure to comply with a Court Order.

**IT IS SO ORDERED.**

**DATED: September 20, 2023**

MONICA A. STUMP, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**